LOUIS D. GOLDBERG, RESPONDENT, v. BENJAMIN FARBER ET AL., APPELLANTS.

Submitted May 26, 1928—Decided October 15, 1928.

For the respondent, *Zucker & Goldberg.*

For the appellants, *Braelow & Tepper.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHIEF JUSTICE, TRENCHARD, PARKER, MINTURN, BLACK, CAMPBELL, WHITE, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, DEAR, JJ. 12.

*For reversal*—None.

ROSY KERTESZ, APPELLANT, v. JOSEPH FELDHEIM, RESPONDENT.

Argued May 17, 1928—Decided October 15, 1928.

For the appellant, *Isidor B. Glucksman.*

For the respondent, *Herman Waldman.*

240

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHIEF JUSTICE, TRENCHARD, MINTURN, BLACK, CAMPBELL, WHITE, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, DEAR, JJ. 11.

*For dismissal*—PARKER, J. 1.

HARRY KOLMETSKY, RESPONDENT, v. BERNARD PELLICOFF, APPELLANT.

Submitted May 21, 1928—Decided October 15, 1928.

For the appellant, *Cole & Cole.*

For the respondent, *Thompson & Hanstein.*

PER CURIAM.

The judgment will be affirmed, and with the exception presently to be noted, for the reasons expressed in the *per curiam* of the Supreme Court, *ubi supra.*.

The exception is this: Plaintiff's counsel offered in evidence, and the court received over objection and exception, two bills for materials, which plaintiff testified he had purchased and paid for as required for the work in hand, and it is urged that this action of the trial court was erroneous. We are unwilling to take the broad view expressed by the Supreme Court, that they were competent as confirmatory of plaintiff's testimony, and it is unnecessary so to hold, because